JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

NATALIE BENNETT o/b/o JAMIE BENNETT,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security

Defendant

Case No. 2:25-cv-09300 DSR

~~[PROPOSED]~~
**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Court having approved the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment (Doc. No. 21) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: July 14, 2026

THE HONORABLE DANIEL S. ROBERTS
U.S. MAGISTRATE JUDGE